## Case Information

DC-21-09899 | MORIAH GONZALEZ vs. JOSEPH YTENEY, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-09899 | 193rd District Court | WHITMORE, BRIDGETT |
| **File Date** | **Case Type** | **Case Status** |
| 07/29/2021 | MOTOR VEHICLE ACCIDENT | OPEN |

## Party

**PLAINTIFF**
GONZALEZ, MORIAH

Active Attorneys ▼
Lead Attorney
ZADEH, JAMSHYD MICHAEL
Retained

**DEFENDANT**
YTENEY, JOSEPH

Address
2725 9TH STREET
FORT LAUDERDALE FL 33312

**DEFENDANT**
GREEN LOGISTICS LLC

Address
SERVING ITS REGISTERED AGENT, SIRA CAPITAL
1050 BRICKELL AVE. #1514
MIAMI FL 33131

**DEFENDANT**
AMAZON LOGISTICS, INC.

Active Attorneys ▼
Lead Attorney

Address
SERVING REGISTERED AGENT, CORPORATION SERVICE COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN TX 78701-3218

DAVIS, BRITTANY E
Retained

DEFENDANT
AMAZON.COM SERVICES, LLC

Address
SERVING REGISTERED AGENT, CORPORATION SERVICE COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN TX 78701-3218

## Events and Hearings

07/29/2021 NEW CASE FILED (OCA) - CIVIL

07/29/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

07/29/2021 ISSUE CITATION ▾

ISSUE CITATION - AMAZON LOGISTICS, INC

ISSUE CITATION - GREEN LOGISTICS LLC

ISSUE CITATION - JOSEPH YTENEY

08/04/2021 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
AMAZON LOGISTICS, INC

08/04/2021 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
AMAZON.COM SERVICES, LLC

### 08/04/2021 CITATION ▾

Served
08/25/2021

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OTHER SERVER

Returned
08/30/2021
Comment
GREEN LOGISTICS LLC

### 08/04/2021 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
JOSEPH YTENEY

### 08/30/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - AMAZON LOGISTICS, INC

Comment
EXECUTED CITATION - AMAZON LOGISTICS, INC

### 09/13/2021 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER

### 09/13/2021 SCHEDULING ORDER ▾

Comment
LEVEL 3

### 09/30/2021 DISMISSAL FOR WANT OF PROSECUTION ▾

193RD Initial Dismissal Notice

Judicial Officer
WHITMORE, BRIDGETT

Hearing Time
1:30 PM

Cancel Reason
BY COURT ADMINISTRATOR

08/09/2022 Non Jury Trial ▼

193rd Non Jury Trial Notice

193rd Non Jury Trial Notice

Judicial Officer
WHITMORE, BRIDGETT

Hearing Time
9:30 AM

## Financial

GONZALEZ, MORIAH

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $324.00 |
| Total Payments and Credits | | | | $324.00 |

| Date | Type | Receipt | Payer | Amount |
|---|---|---|---|---|
| 8/2/2021 | Transaction Assessment | | | $324.00 |
| 8/2/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 49387-2021-DCLK | GONZALEZ, MORIAH | ($324.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION - AMAZON LOGISTICS, INC

ISSUE CITATION - GREEN LOGISTICS LLC

ISSUE CITATION - JOSEPH YTENEY

193RD Initial Dismissal Notice

EXECUTED CITATION - AMAZON LOGISTICS, INC

ORIGINAL ANSWER

193rd Non Jury Trial Notice

193rd Non Jury Trial Notice